**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  06-cr-00111-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JOSE MARTINEZ-RANGEL,

       Defendant.
_____

**ORDER**
_____

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this    25th    day of    August   , 2006.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, CHIEF JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO